

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| V. ) | No. 19-cr-10080-NMG |
| ) | |
| ) | |
| DIANE BLAKE (5) AND TODD BLAKE (6), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

---

**EXHIBIT A TO DIANE BLAKE'S AND TODD BLAKE'S MEMORANDUM IN SUPPORT
OF AGREED UPON SENTENCING RECOMMENDATIONS**

---

| EXHIBIT | DESCRIPTION | RELATIONSHIP TO DEFENDANTS |
|---|---|---|
| 1. | Donna McGonigal | Family |
| 2. | Douglas Kahn | Friend |
| 3. | Keira Kotler | Friend |
| 4. | Cynthia S. Livermore | Friend |
| 5. | Jennifer Christensen Coan for Diane | Friend |
| 6. | Jennifer Christensen Coan for Todd | Friend |
| 7. | Mary van Dorsten | Friend |

1

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton,

It is with great concern and a heavy heart that I am writing on behalf of my older sister Diane
Blake and her husband Todd. My name is Donna McGonigal and I live in New Jersey with my
husband and two sons. My sister and I grew up part of a large Italian family and we have
maintained our close relationship despite living on opposite sides of the country. Diane and
Todd, who live in Northern California, have worked hard to maintain close family ties, continuing
traditions of spending holidays and vacations all together as a family.  As a result, our children
who are close in age, have a very tight relationship.

The past year and a half have been incredibly heartbreaking for our family, including our aging
parents (particularly our father who is not in good health), our brother, and especially their two
children. Diane and Todd have strong ties on both sides of their families and both have a wide
circle of friends from college and cities where they have lived and worked before settling in
Northern California. The waves of national and local media activity, widespread public
humiliation and the loss of my sisters' job from a company that she worked so hard to help
build, compels me to write to you on behalf Diane, Todd and our family.

My sister and I grew up in an upper middle-class blue collar family. Three of our four
Grandparents were born in Italy, migrating to the US in hopes of a better life. Our father opened
his own glass company where, with a high school education and sheer hard work, he built a
bustling business along with our mother who managed all the accounting and ran the office.
Our mother was the first in her family to go to college. Our parents worked hard to send my
sister and I to college and it was through our upbringing where my sister learned the importance
of hard work and honesty. Both my sister and I were lucky enough to graduate college without
loans, but started our first jobs with simply the clothes in our closet.

Two character traits that are noteworthy about my sister growing up were her work ethic and her
honesty.  My sister was a rule follower from the start, and I do not recall her getting so much as
a speeding ticket growing up.  Diane grew up like many other kids working holidays and
summers at the local department store until she went off to Providence College where she
worked hard in school and was elected Vice President of her Senior Class. After graduation,
Diane worked in advertising in New York City before moving to San Francisco for a great job
opportunity with Levi Strauss. I am proud of all Diane has worked so hard to achieve.

After a successful career at Levi's, Diane co-founded a retail merchandising company called Winston Retail where she led the new business team, traveling across the country meeting with clients like Nike and Under Armour and spending time in both the San Francisco and New York offices. Diane's world centered around bringing up her children and building her career.

Diane has lost her job at Winston Retail, as well as her position as a member of the Providence College Business School Advisory Council, two important components of her identity. Diane will likely not have the opportunity to work again, given this conviction.

As an investor, Todd worked from home, while Diane traveled for work. Todd volunteered his time at the kid's middle school, holding a position on the board of education, which he maintained well after his children graduated from elementary school.  Through the years, both Diane and Todd focused on their kids, family, friends and volunteering at their kids' schools.

Because of Diane and Todd's character, I was extremely surprised when the news broke, and it is hard for me to believe they are facing criminal charges. Truth be told, I do not know much about Diane and Todd's case, despite the fact that my sister and her son spent three weeks at my house last summer. My sister, someone who has always followed the rules, has been told by her attorneys not to talk about her case with anyone. Once my sister told me about this guidance, I knew that she would not be sharing information and did not press her, given the enormous pressure she is under. I understand that Diane and Todd committed a crime and that they have accepted responsibility for their actions.

I think the most important reflection of who Diane and Todd are can be seen in their children. Although their children grew up with a comfortable lifestyle, they are grounded, humble, and hardworking. They achieve good grades in school and work jobs over the summer to earn money.  This summer, with few job prospects due to COVID, their daughter spent her summer delivering fish for a fisherman who owns a shop on Fisherman's Wharf in San Francisco. She arrived at work early and drove, delivering fish in and around San Francisco through late afternoon.  Their daughter has been severely impacted by the charges and it is a testament to her character and values that she remains in school, even making the Dean's List each year of college.  Diane and Todd are truly sorry for their actions, especially given the impact on their daughter, but their family has maintained their close bond.

While both of their children work hard to keep their heads up they have surely been forever changed by this experience. They have lost friends and had to endure the humiliation of people talking and judging them both directly and behind their backs. I know they are preparing themselves for their parents' sentencing and are fearful of what life will be like without their parents. They have had to view their parents pictures on TV and online and dodge media around their home and at school. They are simply looking to put this behind them and move forward.

Diane and Todd have accepted responsibility and pleaded guilty to their crimes. They are two people of tremendous character and goodwill, who have endured much over the past 18 months and they have already lost so much, yet they continue to be concerned about the impact of what they have done on others including their families and especially their children. It is clear they are remorseful and will need to live with the shame of a conviction that will follow them and their family.

I respectfully hope that you will take all this information into account as you determine their sentencing.

Sincerely,

*Donna McGonigal*

Donna McGonigal

**2**

## *LAW OFFICES OF DOUGLAS A. KAHN*

29 Magnolia Ave., Lower Level                    PO Box 1084
San Anselmo, CA  94960                           Ross, CA  94957
*Please reply to:*          □                          ▣

Telephone:  (415) 460-2888
Email:    doug@kahnemploymentlaw.com
Website:  www.kahnemploymentlaw.com

November 11, 2020

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton,

I have known Todd Blake over twenty years.  I have gotten to know him as a close friend, a
neighbor, and a father sharing in our respective children's experiences from elementary
school through high school.

I generally understand that Todd was convicted of a crime related to the College
Admissions case, and that you as the judge in the case are now determining what his
sentence will be. I hope that this letter will shed some light on the kind and caring person I
know Todd to be, and that this will be taken into consideration in the sentencing.

As I mentioned, Todd's daughter and my daughter have grown up together since the first
grade.  Their being in school together lead Todd and I to attend many school-related events
together.  These include hikes, camp-outs, and even barn dances with our daughters, their
classmates, and their fathers.  At all times Todd has convivial to all, and ever-present for his
daughter.  His joy and laughter at these events has managed to spread to everyone at these
events.   To this day I smile when I think back fifteen years ago to when Todd, our
daughters, I, and four other partners at an Indian Princess square dance somehow got the
dance steps so wrong that we ended up sashaying in a cloud of dust out of the barn.  We
were belly-laughing uproariously as the dance caller yelled at us to "come on back inside
here".

Judge Gorton
November 11, 2020
Page 2

Todd is not only loving to his daughter, he has affectionately helped others in the community, including my daughter. I recall one year (about her 6th grade) Todd served as a judge in the school-wide speech tournament. My daughter participated in the tournament, and drew Todd as one of the judges. My daughter was quite nervous, and with a few kind words before she began her speech, Todd managed to calm her down. After her speech Todd made a point of giving her very constructive feedback on her speech techniques, and his positivity made her feel much better about some mistakes she perceived she made. To this day my daughter has become quite a public speaker.

Todd was also especially helpful to another daughter of one of the dads in our community who unfortunately died several years ago from a rare cancer. Our kids were all in the same grade together. Yet none of this child's friends, or even the adults, was really able to reach her as she suffered through the sudden passing of her father. Yet somehow Todd was there to say the right things to her, and to help emotionally support her, during the ensuing years. She is fortunately thriving today.

Todd is also a wonderful father to his son. He takes his parenting responsibilities very seriously. He and I have had many talks over the years, sharing stories about our sons (mine is a few years older than the Blakes' son), and especially in difficult times when we have tried to make the right parenting decisions about them.

I have also been with Todd over the years in many community events, such as neighborhood picnics (Todd until very recently lived just a few houses away from me), holiday gatherings, and community information gatherings. Todd has made friends with all types of personalities who make up the neighborhood and larger community. He has helped everyone feel welcome at all times. Todd, in his past position as school board trustee, played a significant part in keeping all of us parents informed about happenings in the school, including speaking honestly about personnel and financial difficulties the school might be having so that solutions can be found (or not found, but at least the issues were clear).

More personally, Todd and I have enjoyed skiing and biking travels together, along with other friends. I have found Todd to be scrupulously honest, and very fun-loving on these get-aways. He and I have shared many a laugh, including Seinfeld references as they applied to our life moments.

No matter what the occasion that has brought me together with Todd, whether community events, travelling, lunch, a quick cup of coffee or a post-work beer, Todd has endearingly found ways to tell of his deep love and enjoyment of his family and his community. But he needn't speak the words, I have been able to tell that by his unselfish actions.

Needless to say I am shocked that Todd has adversely gotten caught up in the criminal legal system. It's very out of character from what I have known of him, and how I have seen him act, over the last twenty years.

Judge Gorton
November 11, 2020
Page 3

While I don't have any insight into how that happened, I have seen how this has all painfully impacted him. He is palpably emotionally distraught. He has gone from being very social, to being isolated from the community. Whereas we used to hike or bike for miles, he can't even seem to muster the energy to walk more than a few blocks (despite my prodding him to do so).

I have also seen how embarrassed Todd is about all this. He has expressed to me how he feels like a social pariah, fearful of even going to the local post office or grocery store out of concern for bumping into people he knows. Fearful of running into people who he has considered to be friends. His feelings are not out of line—our small town is one that unfortunately does not easily forgive transgressions, and where gossip is often used as a form of entertainment.

Worst of all, Todd has confided in me how hard this has been on his most cherished relationship: that he has with his wife and kids.

I hope that you will see clear to have compassion for Todd in deciding his sentencing in this case. I believe he has already suffered tremendously, and is quite remorseful, for his actions that have lead him to this sorrowful place and time.

Very truly yours,

Douglas A. Kahn

3

# EVERVIOLET

October 15, 2020

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton,

I am writing to offer some insight into the heart and character of Diane Blake. I understand that Diane was convicted of a crime related to the College Admissions case and that you are in the process of determining what her sentence will be. I sincerely hope that this letter will help you appreciate how good of a person and citizen Diane is, and how surprising this crime was to those close to her.

I am married to Douglas Kahn, who is a long-time friend of Todd Blake. My stepdaughter and Todd and Diane's daughter grew up together. In the same school since first grade, they were not only friends, they also went on many father/daughter trips as part of the Indian Princess program – even through their senior year in high school. As Doug's second wife, in 2011, I became a newcomer into a very tightly knit community in Marin County. This community was largely made up of families and centered around the esteemed public school in the town of Ross. Slightly younger in age than Doug's peers and without kids of my own, many people were less than welcoming, to say the least.

Diane was an exception, however. Very early on, she welcomed me into both the community and her home. Living only a few houses away, we frequently bumped into each other on our way to work or going for walks. We quickly connected around our New England upbringing and our passion for our careers. I was starting a business at the time, and she enthusiastically opened up her rolodex and made introductions to help strengthen my network.

We soon began hosting each other for home-cooked meals. We shared conversations around our love of travel, design, art and cooking as well as our kids. I was struck by how kind and down to earth Todd and Diane were, always emphasizing their love of family and their desire to make a positive difference in the community. Through social events, I also came to know their friends, who reflected many of the same kind, earnest qualities Todd and Diane possess. I felt their intimate circle spoke volumes about the inherent goodness in them as people, and the values that they embody.

As my relationships deepened with both of my stepchildren, I soon found myself in the heart of community activities – school drop-offs and pickups, athletic practices and tournaments, and academic events. Diane's and my friendship grew, as both of our daughters played volleyball

# EVERVIOLET

and prepared for college entrance exams. It didn't take long for me to learn how similar our values were around commitment to family, the importance of education as well as the merits of working hard to achieve one's goals. We often discussed the challenges in keeping teenagers safe and how deeply we strived to instill self-confidence, strength and kindness in them, especially our daughters. In a town where affluence is often taken for granted and having both worked hard for our achievements, we shared the desire for our kids to adopt a solid work ethic and an appreciation for the more meaningful gifts of health, hearth and love.

About three years ago, I randomly bumped into Diane and her daughter on a plane to Los Angeles. I was heading there for business meetings, and Diane and her daughter were visiting USC prior to her freshman year. I knew how hard the Blakes' daughter had worked in high school, studying nonstop and pursuing extracurricular activities, and she shared how excited she was to be studying fashion PR in college. I, the founder and CEO of an apparel company, suggested she might intern with me at some point, and I'll never forget the enthusiasm she and Diane showed. They were so visibly excited for this next chapter in their daughter's life, and the strength of their mother/daughter connection was palpable.

The Blakes' daughter came to work with me the summer after the College Admissions news broke out. At that point, I had had some, but less frequent, exchanges with Diane and Todd, as it was clear that they were embarrassed by what had transpired and were mostly keeping to themselves. The Blakes' daughter showed up to work with the utmost of professionalism. I found her to be a quick and earnest learner, punctual, respectful and organized, who engaged well with our customers. My company provides garments for post-surgical breast cancer women, and even without any experience with cancer or illness, she demonstrated maturity, compassion and thoughtfulness. I knew Diane would be proud that her daughter was emulating her own traits and teachings.

That summer, the Blakes' daughter and I mostly kept our conversations focused on work, however one day, I felt I had to acknowledge the elephant in the room and ask how her family was doing. She told me it was an incredibly hard time for them, but they were coming together and supporting each other as a family. She shared that even though things were complicated, they were navigating through and learning a lot about life in the process. I was touched by their solidarity, dedication and loyalty to one another.

Of course, it's hard to reconcile how my friend became implicated in criminal behavior, as it seems so disparate from the person that I know Diane to be. Given that I had helped my kids negotiate the difficult and at times disappointing college admissions and application processes, I personally felt it was unfair that others could have such distinct advantages (especially when growing up privileged, our kids already had access to more college tutoring and counseling than most kids in the US.)

While Diane has not been able to discuss the case in detail, she did express on a hike recently how remorseful she feels. She told me that had she known then what she knows now, she no doubt would have taken very different actions. This is not to defend what Diane and Todd did,

# EVERVIOLET

but to shed light on the fact that I know they deeply regret their decisions. She also told me that her number one goal right now is to fully repair her relationship with her kids and trusted family/friends.

My sincere hope is that this perspective reveals a different side of Diane than you perhaps have come to know through the case. Within the community and to those closest to her, she is loyal, honest, caring, generous of her time and spirit, and incredibly earnest in her kindness and acceptance of others. She is a devoted wife and mother, a brilliant, hard-working executive, a provider for her family, a talented designer and cook as well as someone who looks out for the greater good. I strongly believe that living through the negative publicity of the College Admissions case and experiencing the impact on her family has already caused grave suffering and remorse. I hope that you will offer her compassion in your final sentencing.

Thank you for your time and consideration of this letter.

Sincerely,

*Keira Kotler*

Keira Kotler
Founder/CEO, Everviolet, Inc.

4

Cynthia S. Livermore

October 12, 2020

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton,

My name is Cynthia Livermore and I am writing to you on behalf of Diane Blake. Thank
you for taking the time to read this letter and for considering what I have to say about
Diane when you are sentencing her for her involvement in the college admissions case.

I am 69 years old, grew up in Hamden, Connecticut with traditional New England values
and have lived in Ross, CA for 45 years with my husband, Sam Livermore, who is a
corporate attorney in San Francisco and a 5th generation Californian. I attended The Day
Prospect Hill School (merged with Hopkins School in New Haven), Connecticut College
'73, and Dartmouth College on the Twelve College Exchange (where I've recently been
adopted into the Class of '73). I also completed two Master of Arts Degrees in Museum
Studies at both University College in London and San Francisco State University. After
working at The British Museum and at several local museums or with private museum
related projects here in San Francisco in Anthropology and Material Culture, I chose to
be a full time mom to our 2 children.

I have known Diane Blake for 17 years and consider her to be one of my closest and most
trusted friends. We became acquainted in 2003 when she and Todd bought the house
directly across the street from us. How thrilling it was to see our young neighbors settle
into their new suburban life, looking like the All-American family: handsome couple,
well educated, 2 kids, and a black lab named Ace.

After settling in, Diane and I began an enduring friendship that I truly value. I could see
that she was a dual career person: a hardworking, intelligent, business woman and a
devoted, dedicated, family-oriented mom. As a business woman who had started her own
company, she was focused, diligent, tireless, and conscientious. Her work often took her
oversees or at least to the east coast, but with the well-being of her children always
foremost in her mind, Diane always engaged childcare to supervise, guide, and love the
children while she was away. But once she returned from her travels, nurturing her
children with solid traditional Catholic family values was her goal. In addition, she
volunteered at the children's schools, and offered her time and skills to local community
activities. Her friendliness, kindness, and generosity were well known in our

1

community, and people enjoyed being part of her friendship sphere.  She was the kind of "not showy" person whom everyone wanted to spend time with, to talk to, and to know. In a small-town upscale community like ours, often chided and known for wealth and privilege, Diane's down to earth attitude, compassion, humility and wonderful demeanor were a welcomed gift.

As for being a devoted mom, Diane was and still is one of the few people I know who can juggle her busy work life and family life exceedingly well.  Her devotion to her family and to her children is superb and unwavering, always keeping in mind her ongoing desire to provide them with a happy and stable home life, excellent educational opportunities, and advanced sports training, as well as relaxing vacations, often to unusual places where the children could learn first hand about the real world around them beyond Ross.  She excelled in providing them with love, support, and self-confidence, but in return, she expected respect, appreciation, and good behavior at all times. Basically, her parenting style seemed geared to the Christian philosophy that "charity begins at home".  Diane seemed quietly driven to instill in the children a wholesome work ethic, good and honest values, decency, and sincerity.  As a result, the Blake children are an outstanding reflection of who their parents really are and what their deep-down values really stand for.  Diane is clearly not evil, and there is not and ounce of malice in any bone in her body.  But perhaps this desire and drive to further her children's success is what caused Diane to let down her guard and to become involved with the college admission situation.

As neighbors, I interacted with the Blakes often and in numerous ways.  I frequently had the pleasure of meeting and spending time with Mrs. Blake Sr. who lives locally. Similarly, when Diane's parents often visited from Farmington, CT, I thoroughly enjoyed time with her mom who regularly thanked me for being Diane's friend and confidante since she was so far away. Because we travel frequently, Sam and I trusted the Blakes with our house keys and alarm security code so that they could alert us if any catastrophe occurred while we were away. We wholeheartedly supported Todd's petition to the Ross Town Council to lay in a crosswalk at our busy street corner when it was time for the children to go to the local public school nearby, and we cheered for Todd when he was chosen for the Ross School Foundation.  When their children were little, the Halloween visit (first accompanied by costumed parents and later in school groups of trick-or-treaters) always produced the annual mandatory photo.  Our first Christmas event together was totally memorable not only for exchanging gifts with little children from across Ames Avenue, but also for the hysterical outcome of the invitation to our Mother-Daughter Christmas cookie baking party.  The Blakes' daughter (probably around age 3-4) and Diane arrived in elegant party dress attire, cookie cutters and rolling pin in hand, and in her exuberance for the activities, the Blakes' daughter climbed on the kitchen counter and promptly sneezed all over the cookie dough.  Naturally, Diane was mortified, and quickly scooped up the infected dough and her beautiful daughter, deposited the dough in the garbage, and humbly departed.  Later of course, she arrived with a thank you gift and a long note of apology for ruining our neighborhood gathering.

2

Over the years, we celebrated graduations, weddings, and the recent arrival of our first grandchild, and Diane was always one of the first to acknowledge these happy occasions and to offer her help if and whenever needed. As Covid-19 took over our recent lives, Diane selflessly offered to regularly grocery shop for us so that we would not have to risk going out in public at our age. When the Blake children celebrated birthdays, school related or sports successes etc. we were always included in a family gathering and were thrilled and delighted to offer our congratulations and best wishes. One occasion stands out especially with regard to the Blakes' son love for all things lacrosse. When our nephew from Germany, who was a founding member of the German National Lacrosse Team came to visit us, he presented the Blakes' son with a team shirt. Their son beamed with pride to meet this international player, and proceeded to wear his special new shirt on many future days both on and off the field. Later, when their daughter was applying to high school, I wrote a letter of recommendation for her, citing her outstanding character as well as numerous school accomplishments and activities, one of which was being the student council liaison to the Ross Property Owners Association. This required reporting and writing up the RPOA meetings and current projects for the community bulletin. Finally, when their son graduated from 8th grade at San Domenico (a school noted for highly traditional Dominican values) I attended the ceremonies as a family guest, and even took their family photo which ultimately became their yearly Christmas card.

Most importantly, my relationship to and friendship with Diane has provided me with some of the happiest times outside my own family. Over the years, we seem to have established a multidimensional friendship: of a friend to a friend (where we just sit down and catch up on life from where we left off the last time), of a mother to a daughter (due to our age difference and different place on the parenting-life continuum), and of an older sibling to a younger sibling (where Diane often took out a notebook during lunch and wrote down something we'd talked about so that she could ponder it or act on it later). Depending on what direction our numerous lunchtime conversations would take, one of those three paths led to incredible conversations, stories, advice, compassion and sympathy. Thus it is easy to see that our lives have been woven together in a unique way in this day and age.

Thus, one can imagine how stunned I was to hear of Diane's involvement with the "Varsity Blues" college admissions case. Thankfully, I was not home on the day that the authorities came to Ames Avenue, nor did I have to deal with the voraciously hungry media who camped out at our driveway, apparently for several days, waiting to pounce on neighbors for "the scoop" or comments so that they could publicly scrutinize and sensationalize Diane's role for the world through the media's lense and the court of public opinion. What I did have to deal with later was a vitriolic comment made by a townsperson I barely know who asked me point blank: "How can you still be friends with those scumbags?" My answer was an easy reply: "Because friends stand by friends, and because it is the right thing to do. We are all human and we all make mistakes".

3

It is my humble opinion that in her zeal to nurture, help, support, and give her child the best college opportunity possible, Diane went too far and made a grave judgment error. I know that she realizes that her behavior has produced a costly mistake and that she has broken the law. In addition, her reputation in our community has become very strained and tarnished and she has been "shunned" by many former community friends. Her "normal" life has been forever changed, and she knows that she will carry this error close to her heart for years to come. For all of this, Diane is truly sorry, and has taken responsibility for her actions. She is so sorry for having participated in this traumatic and devastating situation and knows she will learn from her failure. If one sees life as a series of joys and sorrows, highs and lows, successes and failures, this is definitely a failure for Diane. It is an aberration from her integrity, her usual exemplary behavior, her consistently high moral character, and from how she normally lives.

Diane is a very upstanding and loving person. To me, she is not a threat to society and up until this life-changing event she has clearly been a model citizen who strives to live a good and decent, positive and productive life. I know she is remorseful and repentant from the bottom of her heart for her role in this crime. I also know that she would like to once again be able to hold her head up with renewed dignity, to move forward, and to put this episode behind her.

Thank you again, Judge Gorton, for taking the time to read this letter and for giving me the opportunity to introduce you to the Diane Blake I know and love. I hope that by offering you my humble and honest perspective, you will be able to consider leniency in your sentencing.

Respectfully submitted,

Cynthia S. Livermore

5

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

      Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton:

I am honored to write this letter on behalf of Diane Blake.  Diane and I met the Fall of 2006 during a Back to School night for our eldest daughters who, at the time, were entering 1st grade. We have spent the ensuing years (14+) raising children together, serving on our school's PTA and Friends of the Library committees, chaperoning school field trips, traveling on family vacations together and enjoying day to day life in the suburbs of San Francisco.

I am so appreciative of all her kindness and unwavering support of me and my children through a difficult divorce, illness and recent death of my father.  She is my best friend and the rock of stability in my life.  She is undoubtedly a fantastic human being with a strong moral compass, trustworthy, strong sense of family/community, hard-working and incredibly honest.  I could not ask for a better friend.  She makes me laugh when I am sad, challenges me intellectually and continues to impress me every day.

In all honesty I am (still) in shock that she and husband, Todd, were involved in the College Blues investigation.  In seems so out of character.  I have no knowledge beyond what I have learned through the media over the last few years, but something hasn't felt right to me about what happened from the beginning of this ordeal.  Diane (and Todd) have always been honest, dedicated, straight forward and kind in their dealings with community, friends and family.

Despite the continued intense scrutiny and judgement of those in the media and local community she has held her head high, continues to be a loving and supportive mother and a role model to her children and friends.  She has honored and been respectful of the ensuing legal process, taken responsibility for her actions while maintaining a healthy balance for her family.  I am so proud to be her friend.  I, for one, haven't thought twice about who she is as a person.  As difficult as this has been, I support their decision.

At the beginning I was very worried about her emotional and physical health.  Social isolation, weight loss, sleeplessness - the constant worry took its toll.  With any major traumatic event there is fall out.  She was able to raise through the ashes with the help of close friends and family.  She accepted help in an effort to heal and be there for her children and keep the marriage strong.  I know it was hard for her as she is not one to ask for help.  She expressed a sadness so deep about how this has affected her family, her friends.  It has been agonizing for her.  I commend her (and Todd's) commitment to each other and their family.

Most importantly their children are thriving and have continued to live their life in a balanced and healthy manner. Achieving good grades in school, connecting with childhood friends, making new friends at their respective schools, and spending time with extended family. Todd and Diane have dedicated themselves to raising two beautiful children, supporting aging parents, and committed to each other. They are exemplary parents, dedicated community members and amazing friends. I am in awe of them.

I am available for further comment or input regarding both Diane and Todd Blake. Please feel free to reach out using the contact information below.

Sincerely,

Jennifer Christensen Coan

6

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton:

On behalf of Todd Blake I am most honored to write a letter of character.  After meeting his
wife, Diane, I was introduced to Todd in 2006.  The ensuing 14 years have been full of
adventure, laughter and friendship.  While I have enjoyed spending time together with our
families Todd and I have forged a meaningful friendship.  We have hiked with the dogs,
shopped Home Depot and made dinners for our children (when Diane was traveling for work).
He has been there for me during times of need – fixed my dishwasher, helped me buy and set
up many Christmas trees and guided my son in all things Lacrosse.  A surrogate father, master
of my honey -do list and a shoulder to cry on during some dark times.  Todd has an infectious
sense of humor that has boosted my spirits during some sad times.  He is always available to
help a friend.

I have most admired Todd's support of his family and Diane when she was working full time.
Most men would be humbled by the every day intricacies of being a stay at home father.  It can
be isolating, sometimes monotonous and full of challenges raising children, but he has done it
with optimism and a smile on his face.  He is a loving and empathetic man.  His intense
dedication to his family and community has been an inspiration to me and those around him.
On top of all this I know he also has been the back bone of his Mother's life.  The last few years
have been especially difficult as his Mom has struggled with physical and mental health issues.
He shepherds her to doctor appointments, takes care of her home and ensures she is included
in family events including weekly family dinners, holiday gatherings and family vacations when
she is able.

Organized, thorough and dedication to the community has also been Todd's hallmark.  He spent
10+ years serving on the Ross School Foundation.  Several of the years he presided as president.
He led our school though many tumultuous years.   He was the rock of the foundation and our
school community during times of administrative turnover, low enrollment and budget
challenges.  The admirable thing about Todd's dedication to our school community was not just
his high regard for the institution, but that he continued to serve despite the fact his children
were not attending the school for several of the last years he was in office.  His youngest son,
due to learning differences, moved to another school to finish his grammar school education.
As a parent of three children who all  attended Ross School, I am ever thankful for his selfless

work and success in righting the ship. The school is the cornerstone of our town and a testament to his thoughtful and dedicated leadership.

Todd has always been guided by sound principals, plays by the rules and is intuitively smart. He does not do things impulsively or selfishly. He has always put his family first while balancing community stewardship. It was with great shock to me that he finds himself in the center of the College Blues scandal. I cannot remember a time when he or Diane have tried to cut corners or trick the system. Rather he/they have been the community members that lead by example and provide sound guidance to others. The loss of this status in our community and polarization of friends has been devastating to him. He has taken on the emotional burden without regard for himself, but rather supporting Diane and his family to start the healing process. It has been a rocky road, but he has risen though the ashes and created a strong and stable environment for those around him.

I know Todd loves potato chips, his dog (Ace) and above all spending time with his family. He is not one to take off for the golf course or go on "guy" trips. He is guided by his love of family. I don't think he has really forgiven himself for this transgression and jeopardizing the health and well-being of his family. On many occasions over the last two years he has apologized to me profusely for putting me in the spotlight in our community. He has agonized about how his actions have affected others including my children, our community school and his extended family. It is a burden he will shoulder for years to come regardless of the sentence.

I hold Todd (and Diane) in my heart as they continue this journey. It has been difficult, at times, to see how deeply sad and remorseful they both are about making a poor, misguided choice. While they felt they have failed as parents, seemingly erased 18 years of careful parenting, they have used this inflection point to learn/teach, move forward and reaffirm the strength of their family. Regardless of the plea and subsequent sentencing I see them moving forward and planning for a future filled with family, friends and renewed dedication to the community.

Please feel free to contact me directly should you need additional information. Again, I am most honored to provide letters on behalf of both Todd and Diane Blake.

Sincerely,

Jennifer Christensen Coan

*7*

The Honorable Nathaniel M. Gorton
U.S. District Court Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: USA v. Todd and Diane Blake, Case No. 19-cr-10080-NMG (D. Mass.)

Dear Judge Gorton,

My name is Mary van Dorsten. My family-and I lived in Ross until 2015. We have been close friends of the Blakes since 2005. We met them when my daughter and their daughter became fast friends in Kindergarten. The girls have remained best friends ever since.

 I am aware that our friends, Todd and Diane have been convicted of a crime relating to their daughter's admittance to USC.  My daughter and I have both been witness to how it has affected all of the Blakes lives since.  I am writing this letter to share with you know how we know the Blakes. My hope is that it will have some impact on their sentencing. The Blakes made a terrible decision, but the decision is not  who they are.

I have known Todd and Diane in many ways over the years : personal friends, parents of my child's friend and part of our Ross School Community. In all capacities I have admired, trusted and respected the choices they have made. Todd and Diane were basically my daughter's second set of parents. We have shared numerous family dinners, days by the pool, town dinners and time spent volunteering. I believe I know them both very well in the past 15 years.

My husband Doug and Todd became friends through a father daughter after school group called Indian Princesses. They became good friends. I know my husband had a tremendous amount of respect for Todd as a parent and friend. My husband passed away in 2013. After his death Todd brought my daughter to all of the Indian Princess events without hesitation and without being asked. He helped keep some normalcy in my daughter's life and kept her from feeling excluded. That fatherly arm around her shoulder at that time was very important to my daughter and to me.

Todd also served for many years on the Ross School Board. In sometimes very difficult circumstance, he always conducted himself in a thoughtful and respectful way. To this day I am grateful for all the time and work he put into making our community school a better place. His time was a great gift to the community.

Diane is an incredibly smart, private and understated person. I have enjoyed taking the time to get to know her over the years. Raising teenage daughters can be difficult. I was so thankful to have a friend I could rely on and trust for honesty, directness and advice in difficult times. I have a tremendous amount of respect for both of the Blakes as parents and they have offered invaluable advice and reassurance when I needed it.

Diane has always been very generous with her time. She helped run a busy company but found time to contribute to the Ross School and Ross community as a whole. Todd and Diane generously offered their home for fundraisers, friend's book releases and the like. Diane volunteered her time for the Book Fair and Speech Tournament. Her willingness to make time to help out in community and school event are representative of her giving nature.

I feel lucky to have the Blakes as friends. When my husband was sick and I was overwhelmed with taking care of him and our 3 kids, the Blake's were a source of strength for us. Without asking, they provided a safe haven for my daughter, inviting her over after school, taking her on their family outings and vacations. They gathered friends in the community to deliver meals for weeks and even bought us a blender to make my husband shakes. The Blake Family stepped up to help and support my family during a very difficult time and I will be forever grateful for their generosity and kindness.

I know Todd and Diane to be honest, kind, generous and responsible. I also believe they truly regret the mistake they made. I do not mean to minimize the seriousness of the crime they committed, nor do I condone it. Todd and Diane continue to pay for their decision on a daily basis. Diane lost a job she loved at a company she helped create, they had to sell their family home, their once spotless reputation in a community they loved and supported has been blemished and they have lost friends. They have not however lost the love and support of family and true friends because we know who they are. I hope you will consider what I have said when sentencing Todd and Diane. I do not believe the poor decision they made should erase all of the good they have done for others.

Respectfully,

Mary van Dorsten